11/2/23    Filed a form 42

US Magestrate Court Judge

My name Randy Tichenor

Case # 2:23-CV-04203-BCW

Up Date my address and phone
#'s 816-335-8733  816-536-9967

Randy Tichenor
5 Normandy ha
KC MO 64116

Randy Thebeau
5 NE Normandy La
KC Mo 64116

RECD NOV 06 2023



KANSAS CITY 640
2 NOV 2023 PM 4 L

US Magestrate Court Judge
222 N JQ Hammons Parkway
Springfield, MO 65806

Prs Pro Se

65806-253022