RECEIVED
2023 DEC 11 PM 2:18
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Randy Tichenor
  plaintiff

Case # 23-4203-CV-C-BCW-P

vs

Centurion Medical Services
  Defendts

I Randy Tichenor was a prisoner at the Missouri Department of Corrections Fulton Diagnostic Center

From 8-31-2023    till 10-11-2023

I Randy Tichenor, was incarcerated at D.O.C. Fulton Diagnates Center, on 9-14-2023. Due to some unfortunate circumstances out of my control, I was in need of medical attention.

After being hit by a cart pulling a trailer by a employee of the D.O.C. NOT a very good one, he failed to stop or check to see the damage he did to who or what he hit.

My next encounter was with the ~~treatment~~ I experienced with the Centurion Medical Services. I first time I was seen for my injuries was about 2½ hours after it happened. NOT to mention I was forced to self-Declare and demand to be taken there along with my cell mates that witness all of this.

My left elbow was cut up & bleeding the front right side of my shoulder was scraped up and cut up. I had cuts and blood on the back side of my head. I had headacks and vomiting for days.

I was hit from behind by the cart pulling the trailer cliped my leg it pulled me down then over and under the fender well of the trailer and out the bottom. I am curtain I had a concussion at the least. When seeing the nurse she already had heard about the accident.

With her only putting 2 bandaid's on me refussed to look or check the back of my head, She didnt even wipe the blood off me or put any thing on my wounds. Then sent me back to my 2 house (cell)

The next day after being moved my new case worker Mrs. Kay took me back to be check on with having no-one that would even look at the back of my head. The new nurse this one, her and Mrs. Kay both stated that what had happened was not my fault, and both acknowledged the fact that I had been run over, by no fault of my own. Mrs. Kay stated she seen to camera footage and it was a hit & run not my fault.

After I filed grievances over and over not to be seen, when I finaly did get seen. I feel I followed protocall and the paper work also. To of been treated with litter or no concern as a inmate. May be it was inadequate staffing, or even lack of Communcation between the staff not listening to the inmate. The medical staff acted like nothing had happened to me, and they were wrong for that!!

After the lack of concern and treatment from the Department of Corrections and the Medical staff refussing to even look at my

head, only leaves me to be concerned for others that might only have this option like myself.

Unfortunately these people can and do get away with this. I believe that the staff should learn to treat inmates with a little respect and treat them like humans... Maybe they could listen to the reason of the visit. You still can't blame it on lack of communicatio because it just comes down to unprofessional. I feel the medical staff just acted like it didn't happen, but it did and I feel they should be held accountable, just like the inmates are being held there for. If treatment is what you call what I recieved then I find it more then unacceptable.

From 9-15-2023 I was not talked to again from any of the staff, and they are wrong for that!

I was released on 10-11-2023

respectfully yours

Randy [signature]

[signature] 12/10/23